# United States District Court

## Northern District of Illinois
### Eastern Division

DOCKETED
JUL 0 7 2004

Henry Repay           JUDGMENT IN A CIVIL CASE

v.           Case Number 04 C 3030

The Flag Co.

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's motion to remand is granted and this cause is remanded to the Circuit Court of Cook County, Il.

Michael W. Dobbins, Clerk of Court

Date: July 2, 2004

*George Schwemin*

George Schwemin, Deputy Clerk